AO 91 (Rev. 11/11) Criminal Complaint

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 04 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Szilard Farkas | ) | Case No. 7/19mJ/58 |
| Marius Catalui | ) | |
| | ) | 7/19 mJ /59 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/15/2018 through 5/5/2019__ in the county of _____ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(1) | Access Device Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

FILED
WILKES BARRE
PER _____
DEC 16 2019
/s/ MS
DEPUTY CLERK

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Angelo Rella, Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 4, 2019

_____
Judge's signature

City and state: Roanoke, Virginia

Hon. Judge Robert S. Ballou
*Printed name and title*